_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 27, 2015

Brian E. Goldberg, Assistant United States Trustee
State Bar # NY 3960952
Jonas V. Anderson, Attorney
State Bar # VA 78240
*jonas.v.anderson@usdoj.gov*
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel.: (702) 388-6600, Ext. 227
Fax: (702) 388-6658

Attorneys for the United States Trustee for Region 17
    TRACY HOPE DAVIS

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

VSA ENTERPRISES, LLC

        Debtor.

Case No: BK-S-15-10968-ABL

Chapter 11

Date: July 22, 2015
Time: 1:30 p.m.
Place: ABL-Courtroom 1, Foley Fed. Bldg.

## ORDER DISMISSING CASE

    Based on the *Motion of the United States Trustee, Pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Dismiss*, the hearing convened on July 22, 2015 (appearances noted on the record), the Court having stated on the record its findings of fact and conclusions of law, which are incorporated herein pursuant to Federal Rules

of Bankruptcy Procedure 9014(c) and 7052, and Federal Rule of Civil Procedure 52, with good cause having been shown,

**IT IS HEREBY ORDERED** that this case is **DISMISSED**.

Submitted by:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE
REGION 17

By: /s/ *Jonas V. Anderson*
    Jonas V. Anderson, Esq.
    United States Department of Justice
    Attorney for the United States Trustee

## RULE 9021 DECLARATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

☒ The court has waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond.

☐ I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

By: */s/ Jonas V. Anderson*
Jonas V. Anderson, Esq.
United States Department of Justice
Attorney for the United States Trustee